# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2982
_____

MARQUIS THOMPSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

December 29, 2023

PER CURIAM.

DISMISSED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice K. Brower, Criminal Conflict & Civil Regional Counsel, and Autumn M. Miller, Assistant Regional Counsel, Office of the Regional Conflict Counsel, Panama City, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.